

# Supreme Court of Missouri

### en banc

October 4, 2010

In re: Aurora Mozelle Fluhr, )
                                      ) Supreme Court No. SC91149
             Petitioner.            ) MBE No. 52490

### ORDER

       Now at this day, having fully considered Petitioner's application for reinstatement, after discipline, to practice law in the State of Missouri, and the Chief Disciplinary Counsel having advised of no intention to file a response, the Court doth order and adjudge that said application of Aurora Mozelle Fluhr be, and the same is, hereby approved and that said Aurora Mozelle Fluhr be, and he is hereby, reinstated to practice law in the State of Missouri as a member of The Missouri Bar in good standing. Petitioner is hereby placed on probation pursuant to Rule 5.225(i) for a period of two years from the date of this order. The terms of probation shall be that Petitioner, Aurora Mozelle Fluhr, comply with all requirements of Rules 4, 6, and 15.

       Costs taxed to Petitioner.

                                            Day - to - Day

                                            Patricia Breckenridge
                                            Acting Chief Justice

# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL

3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400   FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

October 4, 2010

In re:  Aurora M. Fluhr
MBE #52490
7515 Delmar Boulevard
St. Louis, Missouri 63130

To Whom it May Concern:

Enclosed is a copy of the Order of the Missouri Supreme Court dated October 4, 2010, in which Attorney Aurora M. Fluhr was reinstated to the practice of law. The reinstatement is conditioned upon Aurora M. Fluhr completing a period of probation to continue for a period of two (2) years, which means the attorney may practice law in this State so long as the conditions of probation have been met. The probation monitor is the Office of Chief Disciplinary Counsel. Any further questions should be directed to the attention of this office.